United States District Court
Southern District of Texas
**ENTERED**
February 03, 2021
Nathan Ochsner, Clerk

## STATEMENT IN SUPPORT OF PROBABLE CAUSE

In RE: Jose Victor REYNOSA

I, Jacob S. Nissen, declare and state as follows:

1. On February 3, 2021, at approximately 7:00 a.m., Homeland Security Investigations (HSI) Special Agents (SAs) received a request for investigative assistance from United States Border Patrol (USBP) Agents (BPAs) at the Immigration Checkpoint located on Interstate Highway 35 (IH 35) mile marker 29 north of Laredo, Texas in Webb County and the Southern District of Texas in reference to a human smuggling event. HSI SAs responded to the USBP Checkpoint and conducted post arrest interviews. HSI SAs subsequently arrested Jose Victor REYNOSA and initiated an investigation for violations of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I).

2. HSI SAs responded to the USBP Immigration Checkpoint at mile marker 29 on IH 35 and interviewed BPAs. BPAs stated at approximately 6:45 a.m., they were conducting primary inspection duties at the checkpoint when a red tractor (hereinafter referred to as the TRACTOR) hauling a box style trailer (hereinafter referred to as the TRAILER) approached for inspection. BPAs observed a male driver, later identified as Jose Victor REYNOSA, as the sole occupant in the cab of the TRACTOR. As BPAs conducted an immigration inspection of REYNOSA, a BPA Canine Handler utilizing his service canine conducted a free air sniff of the TRACTOR and TRAILER. The BPA Canine Handler advised BPAs that his service canine alerted to the presence of concealed narcotics or persons in the TRAILER. BPAs directed REYNOSA with the TRACTOR and TRAILER to the secondary area for further inspection.

3. While in the secondary inspection area, a BPA Canine Handler conducted a second free air sniff of the trailer utilizing his service canine and received a positive alert to the presence of concealed narcotics or persons in the TRAILER. BPAs removed an attached seal from the TRAILER doors and opened the TRAILER where BPAs then observed numerous subjects concealed inside the TRAILER. BPAs removed one hundred six (106) subjects from the TRAILER. BPAs conducted immigration inspections of the subjects found in the TRAILER and determined all subjects from inside the TRAILER were undocumented noncitizens (UDNCs) illegally present in the United States. REYNOSA and the UDNCs were subsequently detained at the checkpoint for processing.

4. Under *Miranda* rights advisement and waiver thereof, REYNOSA stated he has been a professional truck driver for approximately fifteen (15) years. REYNOSA stated he had been hired by an unidentified male subject (hereinafter referred to as UM1) to drive the TRACTOR and TRAILER for three hundred fifty US dollars ($350 USD). REYNOSA stated he had met UM1 (-4) weeks ago in Acuna, Coahuila, Mexico. REYNOSA stated he ore and had never driven tractors and trailers from Laredo, Texas Monday (February 1, 2021), UM1 transported REYNOSA from Del where UM1 provided housing at a local hotel. REYNOSA stated he, ed male subject (hereinafter referred to as UM2) stayed at the motel e on the TRACTOR.

ning of February 3, 2021, he was transported by UM1 and UM2 to where the TRACTOR and TRAILER were parked near a junkyard.

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

February 3, 2021, 05:03 PM, at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

REYNOSA stated he did not conduct a pre-trip inspection as required and did not know what he was transporting or if the TRAILER was sealed. REYNOSA stated he noticed paperwork in the TRACTOR when he entered the cab but did not review or inspect the paperwork as he was being pressured to leave by UM1 and UM2. REYNOSA stated he was directed to drive to San Antonio, Texas to drop off the TRAILER and retrieve a second trailer. REYNOSA stated he did not know the address and claimed UM1 or UM2 was to provide the delivery address after he got closer to San Antonio. REYNOSA stated during the drive he received telephone calls from UM1 and UM2 to hurry up and stop driving slowly. REYNOSA stated he was driving approximately fifty-five to sixty (55-60) miles per hour on the drive. REYNOSA did not provide any further details about the event, subjects involved, or locations.

6. Interviews were conducted of the UDNCs. The following three (3) individuals were held as material witnesses to the human smuggling event: Santos Marcos MARTINEZ, Victor JASSO Olvera, and Rodolfo CONTRERAS Lopez. All material witnesses are Mexican nationals who admitted to illegally entering the United States by crossing the Rio Grande River, at various times, to be smuggled to various cities within the United States for various amounts of money. All material witnesses stated unknown smugglers loaded them into the TRAILER in which they were later apprehended.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on the 3rd day of February 2021.

                                                Jacob S. Nissen

                                                Special Agent

                                                Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of February 2021.

                                                _____

                                                UNITED STATES MAGISTRATE JUDGE