UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Consul General of Mexico
4507 San Jacinto Street
Houston, Texas 77004
Consulate General of Mexico

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: February 4, 2021
Case Number: 5:21–mj–00242
Document Number: 14



# United States District Court
## Southern District of Texas

DIANA SONG QUIROGA
U.S. MAGISTRATE JUDGE

1300 Victoria Street
Laredo, Texas 78040
Tel: (956) 726-2242

February 4, 2021

Consul General of Mexico
4507 San Jacinto Street
Houston, Texas 77004
Consulate General of Mexico

Dear Consulate,

I am writing this letter to inform your office that Santos Marcos Martinez, a citizen of Mexico, is being held as a material witness in USA vs. Jose Victor Reynosa, case no. 5:21−mj−00242, in the Laredo Division of the U.S. District Court, Southern District of Texas.

Sincerely,

Diana Song Quiroga
U.S. Magistrate Judge